**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | J.S. & F. Management, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-3967836 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 508 Van Courtlandt Park Avenue<br>Yonkers, NY 10705<br>Number, Street, City, State & ZIP Code | 154-16 12th Road<br>Beechhurst, NY 11357<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership
   - ☐ Other. Specify:

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

7. Describe debtor's business

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   _____

8. Under which chapter of the Bankruptcy Code is the Debtor filing?

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor |  | Relationship to you |
    |---|---|---|
    | District | When | Case number, if known |

**11. Why is the case filed in this district?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 5, 2016**
    MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Barbara C. McCabe
Printed name

Title    **Vice President**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    **January 5, 2016**
    MM / DD / YYYY

**Marc A. Pergament**
Printed name

**Weinberg, Gross & Pergament LLP**
Firm name

**400 Garden City Plaza
Suite 400
Garden City, NY 11530**
Number, Street, City, State & ZIP Code

Contact phone    **(516) 877-2424**    Email address _____

_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                              Chapter 11

J.S. & F. Management, Inc.,                         Case No.

          Debtor.                          Affidavit Under Local
                                           <u>Bankruptcy Rule 1007-2</u>
------------------------------------------------------------X

STATE OF NEW YORK    )
                                ss.:
COUNTY OF NASSAU     )

        Barbara C. McCabe, being duly sworn, deposes and says:

        1.      I am the Vice President of J.S. & F. Management, Inc., the above-named debtor (hereinafter "Debtor"). I submit this affidavit in accordance with Local Bankruptcy Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

        2.      The principal office of the Debtor is located at 154-16 12th Road, Beechhurst, New York.

        3.      The Debtor's taxpayer identification number is 26-3967836.

        4.      There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

        5.      No official or unofficial committee of creditors of the Debtor has been organized as of this date.

        6.      No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

        7.      The Debtor's principal books and records are located at 154-16 12th Road, Beechhurst, New York.

8. A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9. During the pendency of these proceedings, the Debtor intends to continue its operations as owner of commercial real property.

10. The Debtor operates its business from 154-16 12th Road, Beechhurst, New York.

11. It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small operating profit. The company has no employees. The officer's monthly salary is zero.

12. No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13. The Debtor does not have any assets located outside the territorial limits of the United States.

14. It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

*Barbara C. McCabe*
Barbara C. McCabe

Sworn to before me this
5th day of January, 2016.

_____
Notary Public

2

# United States Bankruptcy Court
## Southern District of New York

In re    __J.S. & F. Management, Inc.__         Case No. _____

                                           Debtor(s)          Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __January 5, 2016__          _/s/ Barbara C. McCabe_
                                                   **Barbara C. McCabe/Vice President**
                                                   Signer/Title

```
508 VAN COURTLAND DEBT, LLC
C/O KRISS & FEUERSTEIN LLP
360 LEXINTGON AVENUE, SUITE 12
NEW YORK, NY 10017


CITY OF YONKERS
40 SOUTH BROADWAY
YONKERS, NY 10701


CITY OF YONKERS
DEPT. OF HOUSING & BUILDINGS
87 NEPPERHAN AVENUE, 5TH FL.
YONKERS, NY 10701


NEW YORK STATE DEPT. OF LABOR
P.O. BOX 15130
ALBANY, NY 12212-5130


NYC DEPARTMENT OF FINANCE
ONE CENTRE STREET, 22ND FLOOR
NEW YORK, NY 10007


NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISON
BROOKLYN, NY 11201-3719


NYS DEPT. OF TAX
BANKRUPTCY UNIT
P.O. BOX 5300
ALBANY, NY 12205-0300


STATE OF NEW YORK
OFFICE OF ATTORNEY GENERAL
120 BROADWAY
NEW YORK, NY 10271


T11 FUNDING
C/O WILLIAM YURUS, ESQ.
25 BROADWAY, SUITE 102
PLEASANTVILLE, NY 10570
```

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | J.S. & F. Management, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

**Fill in this information to identify the case:**

Debtor name: **Barbara C. McCabe**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **508 Van Courtland Debt, LLC**<br>Creditor's Name<br>c/o Kriss & Feuerstein LLP<br>360 Lexintgon Avenue, Suite 12<br>New York, NY 10017<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>01/1985<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. 508 Van Courtland Debt, LLC<br>2. City of Yonkers<br>3. City of Yonkers | Describe debtor's property that is subject to a lien<br>**508 Van Cortlandt Park Avenue**<br>**Yonkers, NY  10705**<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $838,282.96 | $2,000,000.00 |
| 2.2 | **City of Yonkers**<br>Creditor's Name<br>40 South Broadway<br>Yonkers, NY 10701<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**508 Van Cortlandt Park Avenue**<br>**Yonkers, NY  10705**<br><br>Describe the lien<br>**Property Taxes**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $71,834.87 | $2,000,000.00 |

Debtor 1  **Barbara C. McCabe**                                    Case number (if know)
         First Name   Middle Name        Last Name

| | |
|---|---|
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. 508 Van Courtland Debt, LLC<br>2. City of Yonkers<br>3. City of Yonkers | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.3 | **City of Yonkers** | Describe debtor's property that is subject to a lien | $0.00 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name
**Dept. of Housing & Buildings**
**87 Nepperhan Avenue, 5th Fl.**
**Yonkers, NY 10701**
Creditor's mailing address

**508 Van Cortlandt Park Avenue**
**Yonkers, NY 10705**

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| | |
|---|---|
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. 508 Van Courtland Debt, LLC<br>2. City of Yonkers<br>3. City of Yonkers | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.4 | **T11 Funding** | Describe debtor's property that is subject to a lien | $63,145.07 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**c/o William Yurus, Esq.**
**25 Broadway, Suite 102**
**Pleasantville, NY 10570**
Creditor's mailing address

**508 Van Cortlandt Park Avenue**
**Yonkers, NY 10705**

Describe the lien
**Tax Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| | |
|---|---|
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

| Debtor 1 | Barbara C. McCabe | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $973,262.90

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? Line | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | | |

**Fill in this information to identify the case:**

Debtor name: J.S. & F. Management, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>New York State Dept. of Labor<br>P.O. Box 15130<br>Albany, NY 12212-5130 | $ Unknown | $ 0.00 |
|     | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
|     | **Date or dates debt was incurred** | **Basis for the claim:**<br>508 Van Cortlandt Park Avenue<br>Yonkers, NY 10705 | |
|     | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |
|     | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (8) | | |
| 2.2 | **Priority creditor's name and mailing address**<br>NYC Department of Finance<br>One Centre Street, 22nd Floor<br>New York, NY 10007 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $ Unknown    $ 0.00 |
|     | **Date or dates debt was incurred** | **Basis for the claim:**<br>508 Van Cortlandt Park Avenue<br>Yonkers, NY 10705 | |

Debtor 1  **Barbara C. McCabe**  
    First Name    Middle Name    Last Name      Case number (if know) _____

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.3**

**Priority creditor's name and mailing address**  
NYS Dept. of Tax  
Bankruptcy Unit  
P.O. Box 5300  
Albany, NY 12205-0300

**As of the petition filing date, the claim is:**  
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$ **Unknown**    $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**  
508 Van Cortlandt Park Avenue  
Yonkers, NY 10705

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**  
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** NYC Department of Finance<br>345 Adams Street, 3rd Floor<br>Attn: Legal Affairs Divison<br>Brooklyn, NY 11201-3719 | Line **2.2**<br>☐ Not listed. Explain | |

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 2 of 3

Debtor 1  **Barbara C. McCabe**
       First Name    Middle Name    Last Name

Case number (if known) _____

| 4.2 | **State of New York**<br>**Office of Attorney General**<br>**120 Broadway**<br>**New York, NY 10271** | Line **2.3**<br><br>☐ Not listed. Explain _____ |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

                                                              **Total of claim amounts**

5a. Total claims from Part 1                            5a.  $      **0.00**

5b. Total claims from Part 2                            5b. + $      **0.00**

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.                                     5c.  $      **0.00**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| J.S. & F. Management, Inc., | Case No. |
| Debtor. | CORPORATE RESOLUTION |

-------------------------------------------------------------X

The undersigned, the President and Vice President of J.S. & F. Management, Inc., a corporation existing under the laws of the State of New York does hereby certify that a duly called meeting of the directors of J.S. & F. Management, Inc., the following resolutions were adopted, and have not been modified or rescinded, and are still in full force and effect:

"Resolved, that in the judgment of the shareholders and directors, it is desirable and in the best interest of the corporation, that John McCabe, President and Barbara C. McCabe, Vice President of the Corporation, be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the corporation upon such date, and in the event, in his discretion, such action should be necessary for the protection of the corporation and preservation of its assets without further notice to the directors of J.S. & F. Management, Inc., and it is further

Resolved, that John McCabe and Barbara C. McCabe be and hereby are, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under Chapter 11, and in that connection, to retain and employ Weinberg, Gross & Pergament LLP and to retain and employ all other professionals which they may deem necessary or proper with a view towards a successful conclusion of such a reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 5th day of January 2016.

_____
John McCabe, President


_____
Barbara C. McCabe, Vice President